Below is an order of the court.

_____
THOMAS M. RENN
U.S. Bankruptcy Judge

OSADWN (11/8/16) cal

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re )
 Ty Joshua Kirkpatrick, xxx–xx–0959 ) Case No. **24–62091–tmr13**
Debtor(s) )
 ) ORDER SETTING ASIDE
 ) DISMISSAL, REOPENING
 ) CASE IF CLOSED, AND
 ) FIXING TIME TO FILE
 ) MOTION TO RECONSIDER
 )

It appearing a motion was filed to set aside the order of dismissal previously entered in this case, and after due consideration and for good cause shown,

**IT IS ORDERED** that:

1. The court's order of dismissal is vacated and set aside, the case will be reopened (if closed), the case will continue as a Chapter 13 case, and all reopening/filing fees have been paid.

2. Certain acts and proceedings against each debtor and debtor's property are again stayed as provided in 11 USC §362(a), and against certain codebtors as provided in 11 USC §1301.

3. If applicable, all documents listed on the Order and Notice Regarding Filing of Document(s) and Notice of Proposed Dismissal that have not been filed must be filed within 14 days of entry of this Order. Failure to file the documents within 14 days will result in dismissal of the case.

4. Any previously entered order directing Chapter 13 payments to a trustee that was terminated by the dismissal is hereby reinstated and the debtor's employer (or other named party) is directed to again pay such wages to the trustee.

5. The court may reconsider the entry of this order if an interested party files both (a) a motion for reconsideration, setting forth the specific grounds for such motion, within 21 days of the "Filed" date above, with the Clerk of Court, 405 E 8th Ave #2600, Eugene, OR 97401, and (b) attaches a certification that copies of the motion were contemporaneously served on the debtor(s), Trustee, U.S. Trustee, and their respective attorneys.

###