Ty J. Kirkpatrick
500 Ewe Creek Road
Grants Pass, OR 97526

CASE NO: 24-62091-tmr13

I have all my schedules complete at 75% and I have been diligently working on the last schedules, unfortunately.  I am still waiting on the last bit of data to complete the remaining schedules.  I request your honor and this court to allow me a 48 hour extension to file the remaining documents which will be ready for my case this evening and I intend to have everything in my case in order by 11-03-2024.

This is my humble request,

Ty J. Kirkpatrick
████0959