U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

**November 1, 2024**

**Clerk, U.S. Bankruptcy Court**

**Below is an order of the Court.**

**U.S. Bankruptcy Judge**

PRSO (12/21/12) cal

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
 Ty Joshua Kirkpatrick
Debtor(s)

Case No. **24–62091–tmr13**

ORDER GRANTING MOTION

**IT IS ORDERED** that the following motion is hereby approved as filed:

   **ECF No. 26 Motion to Extend Time to File Missing/Conversion Documents Filed Via Public Document Upload Filed by Debtor Ty Joshua Kirkpatrick (cal)**

**Missing documents are due by 11/04/2024.**

###