U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

**F I L E D**

**November 5, 2024**

**Clerk, U.S. Bankruptcy Court**

**Below is an order of the Court.**

*[signature]*

**U.S. Bankruptcy Judge**

PRSO (12/21/12) cal

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re )
 Ty Joshua Kirkpatrick ) Case No. **24–62091–tmr13**
Debtor(s) )
 ) ORDER GRANTING MOTION
 )
 )
 )

**IT IS ORDERED** that the following motion is hereby approved as filed:

 **ECF No. 32 Motion to Extend Time to File Missing/Conversion Documents filed via Public Document Upload Filed by Debtor Ty Joshua Kirkpatrick (cal)**

**Missing Documents are due by 11/14/2024.**

###