U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

**F I L E D**

**December 10, 2024**

**Clerk, U.S. Bankruptcy Court**

**Below is an order of the Court.**

*Thomas M. Renn*
**U.S. Bankruptcy Judge**

OAM (12/1/19) cal

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
 **Ty Joshua Kirkpatrick**
Debtor(s)

Case No. **24−62091−tmr13**

ORDER SETTING
RESCHEDULED DATE FOR §341(a)
MEETING OF CREDITORS
AND CONFIRMATION
HEARING DATE

Based on a motion or administrative need for a rescheduled §341(a) Meeting of Creditors and the Court finding good cause,

**IT IS ORDERED** that:

1. The **§341(a) Meeting of Creditors** is rescheduled to:

   **DATE:** 1/9/25    **TIME:** 02:00 PM

   **LOCATION:** Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 721 872 8299, and Passcode 8153280214, OR call 1−458−400−2516

   **TRUSTEE:** Naliko Markel, 400 E. 2nd Ave, Ste 200, Eugene OR, 97401, 541−343−1555

The debtor(s) shall appear at that time and place for the purpose of being examined. Failure to appear may result in dismissal of this case or, if applicable, denial of a debtor(s)' discharge.

All timely filed objections to confirmation will be heard and considered at this time.

**2. A Confirmation Hearing,** at which testimony will not be received, will be held:

   **DATE:** 1/14/25    **TIME:** 10:00 AM

   **LOCATION:** Video Hearing − To connect, see www.orb.uscourts.gov/video−hearings