UNITED STATES BANKRUPTCY COURT
District of Oregon

In re ) 
**Ty Joshua Kirkpatrick** ) Case No. **24-62091-tmr13**
                Debtor(s) )
) Judge Teresa H Pearson
) Relief from Stay
) Hearing Date: **12/17/2024**

LANCE E OLSEN    ____ No appearance    Pro Se               ____ No appearance

Attorney for Moving Party                    Attorney for Opposing Party

**Matter: Notice and Motion for Relief From Stay 3621 Cerrito Street, Santa Ynez, CA 93460, in addition to Notice and Motion for Relief From Co-Debtor Stay 3621 Cerrito Street, Santa Ynez, CA 93460. Filed by Creditor Easy Street Capital Doc# 37**

| | | | |
|---|---|---|---|
| xx | Continued preliminary hearing to be held on | January 7, 2025, at 1:30 p.m. | by telephone. |
| ___ | Final hearing to be held on | | in/via |
| xx | Stay remains in effect. | | |

Other:
    ____ Agreed order being circulated.
    ____ Parties negotiating and request one more set-over.
    ____ Need time to exchange accounting.
    ____ Parties unable to resolve and request evidentiary hearing. Hearing to be set and noticed by CRD.
    ____ Off calendar; may be reset at request of either party.
    ____ Motion will be denied by a separate order. Order to be lodged by
    ____ Motion will be granted by a separate order. Order to be lodged by
    ____ Stay to remain in effect until entry of an order otherwise, and parties agree to extend 60 day time period of 11 U.S.C §362(e)(2)(B) to the extent necessary to accommodate hearing date.

**Notes: Debtor provided some background as what led to the filing of his bankruptcy to protect his interest in the subject property. Mr. Olsen does not believe debtor has ability to complete a feasible chapter 13 plan, though debtor disagrees based on anticipated tenant income.**